**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: GUPTA, SHARAD | § | Case No. 10-46890 |
| GUPTA, MICHELLE M | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Northern District of Illinois
   219 S. Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on   / /    in Courtroom 140, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  10/08/2011          By:   JOSEPH R. VOILAND
                                                                                                                   Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: GUPTA, SHARAD § Case No. 10-46890
   GUPTA, MICHELLE M §
 §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 14,889.48

*and approved disbursements of* $ 55.54

*leaving a balance on hand of* [1] $ 14,833.94

**Balance on hand:** $ 14,833.94

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 14,833.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 2,238.95 | 0.00 | 2,238.95 |
| Trustee, Expenses - JOSEPH R. VOILAND | 57.73 | 0.00 | 57.73 |

Total to be paid for chapter 7 administration expenses: $ 2,296.68
Remaining balance: $ 12,537.26

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,537.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 12,537.26

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,221.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 8,948.26 | 0.00 | 5,048.65 |
| 2 | American InfoSource LP as agent for | 6,363.47 | 0.00 | 3,590.30 |
| 3 | GE Money Bank | 6,909.38 | 0.00 | 3,898.31 |

Total to be paid for timely general unsecured claims: $ 12,537.26
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-46890-MB
Sharad Gupta                                                          Chapter 7
Michelle M Gupta
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 1           Date Rcvd: Nov 10, 2011
                              Form ID: pdf006         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2011.
db/jdb         Sharad Gupta,    Michelle M Gupta,    4 N 386 So. Robert Frost Cr.,    Saint Charles, IL 60175
16301439       Arun Goyal,    443 Jennifer Ln.,   Roselle, IL 60172
16301440      +Citi Card,    P.O. Box 688909,   Des Moines, IA 50368-8909
16301441       Codilis and Associates,    15 W 030 North Frontage Rd.,   Suite #100,    Willowbrook, IL 60527
16301444      +Fischer and Shapiro,    2121 Waukegan Rd.,   Suite #301,   Bannockburn, IL 60015-1831
16301446      +Harris N.A.,    c/o Jonathan N Rogers, Stitt Klein,    Daday Aretos & Giampietro LLC,
                2550 W Golf Road Suite 250,    Rolling Meadows, IL 60008-4014
16301447      +Heavner, Scott & Beyersmith,    111 E. Main St.   Suite #200,    Decatur, IL 62523-1204
16301448      +JoAnna Stover,   35 Ridge Ln.,    Geneva, IL 60134-2429
16301449      +Kane County Treasurer,    719 S. Batavia Rd.,   Geneva, IL 60134-3000
16301450       PHH Mortgage Corp.,    c/o Codilis & Assoc.,   15 W 030 North Frontage Rd. #100,
                Burr Ridge, IL 60527
16301451      +PNC Mortgage,    3232 Newmark Dr.,   Miamisburg, OH 45342-5433
16301452      +Stitt, Klien,Daday,Aretos & Giampie,    2550 W. Golf Rd.,    Suite #250,
                Rolling Meadows, IL 60008-4014
16301453      +Vijay Kumar Gupta,    3 N. 982 Walt Whitman Dr.,   Saint Charles, IL 60175-6500
16301454       Vijay Kumar Gupta/ Dolly Gupta,    3 N. 382 Walt Whitman Rd.,    Saint Charles, IL 60175
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16301438      +E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 10 2011 20:06:41     Acura Financia Services,
                PO 5308,   Elgin, IL 60121-5308
17481599       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 10 2011 21:39:09
                American InfoSource LP as agent for,    Citibank (South Dakota) N.A.,   PO Box 248840,
                Oklahoma City, OK 73124-8840
16301443       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 10 2011 21:39:20     Discover Card,
                Discover Financial Services,    P.O. Box 7086,  Dover, DE 19903
16301442       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 10 2011 21:39:20     Discover,   P.O. 30395,
                Salt Lake City, UT 84130
17320656       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 10 2011 21:39:20     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,  New Albany, OH 43054-3025
16301445      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2011 22:04:16     GE Money Bank,   PO Box 960061,
                Orlando, FL 32896-0061
17674666       E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2011 22:04:16     GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2011**           **Signature:**   _Joseph Speetjens_