**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: GUPTA, SHARAD | § | Case No. 10-46890 |
| GUPTA, MICHELLE M | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $1,100,537.00          Assets Exempt:  $130,628.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $12,537.55      Claims Discharged
                                                 Without Payment:  $9,683.56

Total Expenses of Administration: $2,352.22

---

3) Total gross receipts of $    14,889.77    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $14,889.77 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,352.22 | 2,352.22 | 2,352.22 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 22,221.11 | 22,221.11 | 12,537.55 |
| **TOTAL DISBURSEMENTS** | $0.00 | $24,573.33 | $24,573.33 | $14,889.77 |

    4) This case was originally filed under Chapter 7 on October 20, 2010. The case was pending for 14 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/16/2012          By: /s/JOSEPH R. VOILAND
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 federal tax refund | 1224-000 | 14,171.00 |
| state tax refund | 1224-000 | 718.00 |
| Interest Income | 1270-000 | 0.77 |
| **TOTAL GROSS RECEIPTS** | | **$14,889.77** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 2,238.95 | 2,238.95 | 2,238.95 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 57.73 | 57.73 | 57.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.67 | 34.67 | 34.67 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | -9.67 | -9.67 | -9.67 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.54 | 30.54 | 30.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,352.22 | 2,352.22 | 2,352.22 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 8,948.26 | 8,948.26 | 5,048.77 |
| 2 | American InfoSource LP as agent for | 7100-000 | N/A | 6,363.47 | 6,363.47 | 3,590.38 |
| 3 | GE Money Bank | 7100-000 | N/A | 6,909.38 | 6,909.38 | 3,898.40 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 22,221.11 | 22,221.11 | 12,537.55 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-46890  
**Case Name:** GUPTA, SHARAD  
GUPTA, MICHELLE M  
**Period Ending:** 01/16/12  

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 10/20/10 (f)  
**§341(a) Meeting Date:** 11/15/10  
**Claims Bar Date:** 08/22/11  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | real estate - 4N386 So Robert Cr | 415,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 35 Ridge Ln. Geneva, | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | 824 First St., Batavia, IL | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Townhouse at 1281 Sandhurst Ln. South | 105,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 359 South Ave, Aurora, IL | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 710 E. Benton Aurora, IL 60505 | 55,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Townhome at 1682 College Green 60123 | 95,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | cash on hand | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | checking acct - Chase Bank #4375 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Wedding Rings | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 11 | MONY Life Policy 313165172: Insured - Sharad Gup | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | MONY Life Insurance Policy #1WL0013313 | 3,268.00 | 0.00 | DA | 0.00 | FA |
| 13 | New York Life Policy #347974606: Insured: Sharad | 15,849.00 | 0.00 | DA | 0.00 | FA |
| 14 | New York Life Policy #47 974 796: Insured: Miche | 3,694.00 | 0.00 | DA | 0.00 | FA |
| 15 | Alexian Bros. Health System 401(k) Retirement Pl | 41,395.00 | 0.00 | DA | 0.00 | FA |
| 16 | Ilinois Municipal Retirement Fund | 1,492.00 | 0.00 | DA | 0.00 | FA |
| 17 | Illinois Teachers Retirement System | 22,130.00 | 0.00 | DA | 0.00 | FA |
| 18 | 49% Membership Interest in Apollo Enterprises | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | 2010 Accura RDX | 32,000.00 | 0.00 | DA | 0.00 | FA |
| 20 | 2006 Acura TL w/ 62,500 miles. | 12,000.00 | 2,909.00 | DA | 0.00 | FA |
| 21 | 2010 federal tax refund (u) | 0.00 | Unknown | | 14,171.00 | FA |
| 22 | state tax refund (u) | 0.00 | 0.00 | | 718.00 | FA |
| 23 | checking acct - 1st American Bank | 9.00 | 0.00 | DA | 0.00 | FA |
| 24 | savings acct. - Chase Bank | 100.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.77 | FA |
| **25** | **Assets** Totals (Excluding unknown values) | **$1,100,537.00** | **$2,909.00** | | **$14,889.77** | **$0.00** |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 10-46890  
**Case Name:** GUPTA, SHARAD  
GUPTA, MICHELLE M  
**Period Ending:** 01/16/12

**Trustee:** (330380)  JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 10/20/10 (f)  
**§341(a) Meeting Date:** 11/15/10  
**Claims Bar Date:** 08/22/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 15, 2011        **Current Projected Date Of Final Report (TFR):**    November 9, 2011  (Actual)

Printed: 01/16/2012 10:49 AM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 10-46890  
**Case Name:** GUPTA, SHARAD  
GUPTA, MICHELLE M  
**Taxpayer ID #:** **-***4283  
**Period Ending:** 01/16/12  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******81-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/27/11 | {22} | Judy Barr Topinka | Illinois State Tax Refund | 1224-000 | 718.00 | | 718.00 |
| 05/27/11 | {21} | United States Treasury | Federal Tax Refund | 1224-000 | 14,171.00 | | 14,889.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,889.12 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,889.24 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,889.36 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.67 | 14,854.69 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -9.67 | 14,864.36 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,864.48 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.54 | 14,833.94 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,834.06 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,834.18 |
| 12/14/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 14,834.23 |
| 12/14/11 | | To Account #9200******8166 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 14,834.23 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **14,889.77** | **14,889.77** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 14,834.23 | |
| | | | **Subtotal** | | **14,889.77** | **55.54** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,889.77** | **$55.54** | |

{} Asset reference(s)

Printed: 01/16/2012 10:49 AM  V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-46890  
**Case Name:** GUPTA, SHARAD  
GUPTA, MICHELLE M  
**Taxpayer ID #:** **-***4283  
**Period Ending:** 01/16/12

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******81-66 - Checking Account  
**Blanket Bond:** $50,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/11 | | From Account #9200******8165 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 14,834.23 | | 14,834.23 |
| 12/15/11 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $2,238.95, Trustee Compensation;  Reference: | 2100-000 | | 2,238.95 | 12,595.28 |
| 12/15/11 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $57.73, Trustee Expenses;  Reference: | 2200-000 | | 57.73 | 12,537.55 |
| 12/15/11 | 103 | Discover Bank | Dividend paid  56.42% on $8,948.26; Claim# 1; Final distribution | 7100-000 | | 5,048.77 | 7,488.78 |
| 12/15/11 | 104 | American InfoSource LP as agent for | Dividend paid  56.42% on $6,363.47; Claim# 2; Final distribution | 7100-000 | | 3,590.38 | 3,898.40 |
| 12/15/11 | 105 | GE Money Bank | Dividend paid  56.42% on $6,909.38; Claim# 3; Final distribution | 7100-000 | | 3,898.40 | 0.00 |

|  |  |  |  |
|---|---|---:|---:|
| | **ACCOUNT TOTALS** | 14,834.23 | 14,834.23 | $0.00 |
| | Less: Bank Transfers | 14,834.23 | 0.00 | |
| | **Subtotal** | 0.00 | 14,834.23 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$14,834.23** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **MMA # 9200-******81-65** | 14,889.77 | 55.54 | 0.00 |
| **Checking # 9200-******81-66** | 0.00 | 14,834.23 | 0.00 |
| | $14,889.77 | $14,889.77 | $0.00 |

{} Asset reference(s)

Printed: 01/16/2012 10:49 AM    V.12.54